**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CAROL BROWN, | |
| Plaintiff, | CIVIL ACTION NO. 4:21-CV-01992 |
| v. | |
| CITY OF SHAMOKIN POLICE DEPARTMENT, | (MEHALCHICK, M.J.) |
| Defendant. | |

**ORDER**

**AND NOW**, this 16th day of December, 2021, in accordance with the Memorandum filed concurrently herewith, it is hereby **ORDERED** that, having determined that Plaintiff's Complaint (Doc. 2) fails to state a claim upon which relief can be granted, Plaintiff is hereby granted leave to file an amended complaint within 30 days of the date of this Order on or before **January 15, 2022**.

*s/ Karoline Mehalchick*

**KAROLINE MEHALCHICK**
**Chief United States Magistrate Judge**